# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 530-2015-02286 |

Pennsylvania Human Relations Commission and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Gordon Ray Parker | (267) 298-1257 | 01-06-1967 |

Street Address: 4247 Locust Street, Apartment 119, Philadelphia, PA 19104

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| KELLY SERVICES | 500 or More | (215) 972-5145 |

Street Address: 1650 Market Street, 36th Floor, Philadelphia, PA 19103

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-10-1987    Latest: 11-11-2014
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or about July 10, 1987. I have a disability of which Respondent is aware. On or about February 16, 1994 Respondent assigned me to work at Independence Blue Cross. During the course of my time at Independence Blue Cross, I revealed to Lonnie Berger Male (Supervisor; Co-worker) of Independence Blue Cross' pay-to-play arrangement. My assignment was terminated shortly thereafter. On or about February 16, 1994 Respondent terminated my employment because of what had happened with Independence Blue Cross. On or about November 11, 2014 I inquired about being re-hired by Respondent.

In May Respondent stated the reason for my termination was because I was "disoriented". Respondent has failed to rehire me despite my inquiries.

I believe I have been discriminated against because of my disability in violation of the Americans with Disabilities Act of 1990, as amended, as well as my sex (Male) and in retaliation for engaging in a

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

May 14, 2015
*Date* — *Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED 15 MAY 19 PM 3:35 PHILADELPHIA DISTRICT OFFICE

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA ☒ EEOC

Agency(ies) Charge No(s): 530-2015-02286

Pennsylvania Human Relations Commission and EEOC

protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended, in that Respondent failed to accommodate my disability, terminated my employment, and most recently has failed to rehire me.

In and around January 2015, Kelly Tweeted a link to its own Kelly-Girl People as saying it was proud of its history. Kelly Services has a policy of preferentially hiring young, attractive women over all other classes of employees. Since being made aware of this charge, Kelly tweeted to defendant that he had refused assistance, which is not true.



RECEIVED 15 MAY 19 PM 3:35 PHILADELPHIA DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

May 14, 2015

Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

# EXHIBIT B

| Talent | Parker Gordon | Order # | | Created By | |
| --- | --- | --- | --- | --- | --- |
| Customer | | Created From | | Created To | |
| Site Name | | Branch | | Branch Group | |
| Contact | | Assigned To | | Managed By | |

Search Results : 4

| Branch | Created | Type | Reason | Result | Talent | Customer | Site Name | Order # |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 434H | 16-Jun-2015 | Other | | | Parker Gordon | | | |
| 5131 | 29-Jan-2015 | Information Provided | | | Parker Gordon | | | |
| 5131 | 11-Nov-2014 | Information Provided | | | Parker Gordon | | | |
| | | Information Provided | | | Parker Gordon | | | |

10 items per page 1 - 4 of 4 items

Resolution Notes

This file is for documentation purposes only. KE has been periodically calling the branch since 1994, making threats and abusing the staff. We have filed several police reports with the Philadelphia Police Department against ke, and corporate safety & security has documentation on file. We also have ke's original PR with documentation on his abusive phone calls & behavior. UNDER NO CIRCUMSTANCES SHOULD KE BE HIRED OR ALLOWED INTO A BRANCH. If ke calls for any reason, refer him to corporate & notify security immediately.

This file is for documentation purposes only. KE has been periodically calling the branch since 1994, making threats and abusing the staff. We have filed several police reports with the Philadelphia Police Department against ke, and corporate safety & security has documentation on file. We also have ke's original PR with documentation on his abusive phone calls & behavior. UNDER NO CIRCUMSTANCES SHOULD KE BE HIRED OR ALLOWED INTO A BRANCH. If ke calls for any reason, refer him to corporate & notify security immediately.

# EXHIBIT C



SENT TO GLOBAL SECURITY

Hello,

Gordon Parker (aka Ray Parker, Roy Parker, Gordon Roy) just called in. Last time he called in (11-Nov-2014) and he was looking into, we found out there were numerous police reports filed by Kelly Services against him.

He has recently reported an EEOC report against us and called to give me an ʻupdate.¿ When I told him I could not speak to him any longer and I could give him a corporate number to call, he became irate and I had to hang up.

Best,

Krista

# EXHIBIT D

| Type | [All] | | Reason | [All] | | Result | [All] | |
|---|---|---|---|---|---|---|---|---|
| Talent | Parker Gordon | 🔍 | Order # | | 🔍 | Created By | | 🔍 |
| Customer | | 🔍 | Created From | | 📅 | Created To | | 📅 |
| Site Name | | 🔍 | Branch | | 🔍 | Branch Group | | 🔍 |
| Contact | | 🔍 | Assigned To | | 🔍 | Managed By | | 🔍 |

Search Results : 4

| Branch | Created | Type | Reason | Result | Talent | Customer | Site Name | Order # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 5131 | 29-Jan-2015 | Information Provided | | | Parker Gordon | | | |
| 5131 | 11-Nov-2014 | Information Provided | | | Parker Gordon | | | |
| 5131 | 03-Mar-2011 | Information Provided | | | Parker Gordon | | | |

10 items per page — 1 - 4 of 4 items

Resolution Notes

Gordon Parker called to say he was available and to give us an update on his lawsuit filed with EEOC vs Kelly. Indicated he was employed w Kelly since 1987 when he was unskilled but now as a paralegal candidate Kelly wasn't doing anything to get him work. conversation shifted and he went on to say he would name me in the lawsuit. I politely thanked him for his call and informed him I would mark his as "called in and available" and ended the conversation.

---

Gordon Parker called to say he was available and to give us an update on his lawsuit filed with EEOC vs Kelly. Indicated he was employed w Kelly since 1987 when he was unskilled but now as a paralegal candidate Kelly wasn't doing anything to get him work. conversation shifted and he went on to say he would name me in the lawsuit. I politely thanked him for his call and informed him I would mark his as "called in and available" and ended the conversation.

# EXHIBIT E

EEOC Form 161 (11/09)  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Gordon Parker
4247 Locust Street
Apartment 119
Philadelphia, PA 19104

From: Philadelphia District Office
801 Market Street
Suite 1300
Philadelphia, PA 19107

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2015-02286 | Legal Unit | (215) 440-2828 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

Spencer H. Lewis, Jr.,
District Director

6/2/15
(Date Mailed)

cc: Erinn Studler
Diversity Analyst
KELLY SERVICES
Global Human Resources - Diversity
999 West Big Beaver Road
Troy, MI 48084