IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GORDON ROY PARKER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 15-3337** |
| **KELLY SERVICES, INC.** | : | |
| | : | |
| and | : | |
| | : | |
| **INDEPENDENCE BLUE CROSS,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW,** this _20th_ day of October, 2015, upon consideration of Plaintiff's Motion for Reconsideration (Doc. 31), and Defendant Kelly Services, Inc.'s Response in Opposition (Doc. 32), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **DENIED**.

            **BY THE COURT:**

            /s/ Petrese B. Tucker
            _____
            **Hon. Petrese B. Tucker, C.J.**